1
2
3
4
5           **UNITED STATES DISTRICT COURT**
6
                    **DISTRICT OF NEVADA**
7
8   RIGHTHAVEN LLC,                           2:10-CV-2161 JCM (RJJ)
9          Plaintiff,
10  v.
11  JOHN LUNDBERG, et al.,
12
           Defendants.
13
14
15                         **ORDER**
16         Presently before the court is the matter of *Righthaven LLC v. Lundberg, et. al.* (Case No.
17  2:10-cv-02161-JCM-RJJ).
18         Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days
19  after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must
20  dismiss the action without prejudice."
21         Plaintiff filed the complaint on December 14, 2010. (Doc. #1). Pursuant to Federal Rule of
22  Civil Procedure 4(m), on July 12, 2011, the clerk of the court provided notice to plaintiff that the
23  action would be dismissed as to all defendants, if plaintiff did not file proof of service of process by
24  August 11, 2011. (Doc. #7).
25         To date, plaintiff has failed to file proof of service with the court as to any defendant.
26         Accordingly,
27  . . .
28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned case
2 be, and the same hereby is, DISMISSED without prejudice.
3    DATED August 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -